## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SECURITY NATIONAL PROPERTIES-ALASKA, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-13276 (KG) |
| In re<br><br>SECURITY NATIONAL PROPERTIES FUNDING III, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-13277 (KG) |
| In re<br><br>ITAC 190, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-13278 (KG) |
| In re<br><br>SECURITY NATIONAL PROPERTIES FUNDING, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-13279 (KG) |
| In re<br><br>SECURITY NATIONAL PROPERTIES FUNDING II, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-13280 (KG) |

| | |
|---|---|
| In re<br><br>SEQUOIA INVESTMENTS III, LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 11-13281 (KG) |
| In re<br><br>SEQUOIA INVESTMENTS V, LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 11-13282 (KG) |
| In re<br><br>SEQUOIA INVESTMENTS XIV, LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 11-13283 (KG) |
| In re<br><br>SEQUOIA INVESTMENTS XV, LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 11-13284 (KG) |
| In re<br><br>SEQUOIA INVESTMENTS XV, LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 11-13285 (KG) |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY <u>PROCEDURE AND LOCAL BANKRUPTCY RULE 1015-1</u>**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1 directing the joint administration of these cases for procedural purposes only; and upon the *Declaration of John L. Piland in Support of First Day Relief* (the "Piland Declaration"); and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the lead chapter 11 case of Security National Properties Funding III, LLC.

3. The caption of the jointly administered cases shall read as follows:

*[Remainder of Page Intentionally Blank]*

---

[1] Capitalized terms no otherwise defined herein shall have the meanings ascribed to them in the Motion.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY NATIONAL PROPERTIES FUNDING III, LLC, *et al.*,[1] | ) ) ) | Case No. 11-13277 (KG) |
| | ) | |
| Debtors. | ) ) | Joint Administration |

\* \* \*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Security National Properties Funding III, LLC (4558), ITAC 190, LLC (4378), Security National Properties Funding, LLC (4037), Security National Properties Funding II, LLC (9204), Sequoia Investments III, LLC (7204), Sequoia Investments V, LLC (5313), Sequoia Investments XIV, LLC (4387), Sequoia Investments XV, LLC (3814), Sequoia Investments XVIII, LLC (6160), and Security National Properties-Alaska, LLC (6563). The mailing address for all of the Debtors for the purpose of these cases is 3050 Westfork Drive, Baton Rouge, LA 70816.

4.  A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Security National Properties Funding III, LLC; ITAC 190, LLC; Security National Properties Funding, LLC; Security National Properties Funding II, LLC; Sequoia Investments III, LLC; Sequoia Investments V, LLC; Sequoia Investments XIV, LLC; Sequoia Investments XV, LLC; Sequoia Investments XVIII, LLC; and Security National Properties – Alaska, LLC. The docket in Case No. 11-13277 (KG) should be consulted for all matters affecting this case.

5.  One consolidated docket, one file and one consolidated service list shall be maintained for the chapter 11 cases by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

6.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the chapter 11 cases.

7.  The Debtors are authorized to take all actions necessary to implement this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: October 18, 2011
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE